UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN D. HUNTER, | Case No. CV 15-1077-ODW (GJS) |
| Petitioner | |
| v. | **JUDGMENT** |
| WARREN L. MONTGOMERY, | |
| Respondent. | |

Pursuant to the Court's Order Accepting the Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed, with prejudice, as untimely.

DATE: _February 1, 2016        _____
                                                    OTIS D. WRIGHT II
                                                    UNITED STATES DISTRICT JUDGE